IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DUSTIN EARL JONES,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PENNSYLVANIA, SUPERIOR COURT OF PENNSYLVANIA, WASHINGTON COUNTY, PENNSYLVANIA, WASHINGTON COUNTY COURT OF COMMON PLEAS, WASHINGTON COUNTY PROTHONOTARY, WASHINGTON COUNTY ORPHANS' COURT, WASHINGTON COUNTY SHERIFF'S OFFICE, WASHINGTON COUNTY RECORDER OF DEEDS, ALTERTELLI LAW, ROGER FAY** Esquire, **PAVLOVICH & RUSCHAK, P.C., SUZANNE M. RUSCHAK,** Esquire **MCGUIRE WOODS, LLP, STEVEN E. GIBBS,** Esquire, **WILMINGTON TRUST, N.A., M&T BANK, FLAGSTAR BANK, NATIONSTAR MORTGAGE LLC** doing business as MR. COOPER and **JOHN AND JANE DOES 1-20,**<br><br>Defendants. | ) | 2:26cv789<br>**Electronic Filing** |

**MEMORANDUM ORDER**

Plaintiff Dustin Earl Jones ("Plaintiff") commenced this civil rights action on February 2, 2026. The case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 7) filed on July 14, 2026, recommended that plaintiff's Complaint be dismissed without prejudice. Plaintiff was informed

that objections to the Report and Recommendation were due by July 31, 2026. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 29th day of October, 2026,

IT IS ORDERED that [1] the Complaint be, and the same hereby is, dismissed without prejudice. The [7] Report and Recommendation of Magistrate Judge Kelly dated July 14, 2026, is adopted as the opinion of the Court. The Clerk shall mark the case CLOSED.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Dustin Earl Jones
112 Mount Blaine Drive
McMurray, PA 15317

(*Sent Via First Class Mail*)

(*Via CM/ECF Electronic Mail*)